Yolanda R. TEPPER, Robert Tepper, her husband, Plaintiffs–Appellees,

v.

Richard A. CANIZARO, Donald Eslilnger, Sheriff of Seminole County, Defendants–Appellants.

No. 05–16090

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

March 15, 2006.

William Eugene Ruffier, Dellecken Wilson King McKenna & Ruffier, LLP, Orlando, FL, for Plaintiffs–Appellees.

Thomas W. Poulton, Jeffrey K. Grant, Debevoise & Poulton, P.A., Winter Park, FL, for Defendants–Appellants.

Before BARKETT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

We find no reversible error in the denial of summary judgment to Appellants on the basis of qualified immunity. As the briefs and the district court's order amply demonstrate, there are disputed issues of fact which preclude the grant of summary judgment in this case.

**AFFIRMED.**